# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2018

157964

CORY D. EARLEY,
      Plaintiff-Appellee,

v

STEPHANIE A. VAN HEMERT,
      Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 157964
COA: 341066
Jackson CC: 12-003004-DC

On order of the Court, the application for leave to appeal the May 23, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk

t1017